**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00342-CV

### AMERICAN EUROCOPTER CORPORATION, Appellant

### V.

### CJ SYSTEMS AVIATION GROUP, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-03974-M**

# ORDER

Before Justices Murphy,[1] Fillmore, and Myers

Appellant's second motion for rehearing is **DENIED**.

/s/     LANA MYERS
           JUSTICE

---

[1] Justice Mary Murphy was a member of the panel when the second motion for rehearing was filed on April 3, 2013. Due to her resignation on June 7, 2013, Justice Murphy did not participate in the decision to deny the motion for rehearing.